# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-1786

_____

Phillip Palade, On Behalf of Himself and all Others Similarly Situated; Gregory Borse, On Behalf of Himself and all Others Similarly Situated; J. Thomas Sullivan, On Behalf of Himself and all Others Similarly Situated

*Plaintiffs - Appellants*

v.

Board of Trustees University of Arkansas System; Edward O. Fryar, Jr., Ph.D., In his Official Capacity as Trustee; Steve Cox, In his Official Capacity as Trustee; Tommy Boyer, In his Official Capacity as Trustee; Sheffield Nelson, In his Official Capacity as Trustee; C C Gibson, In his Official Capacity as Trustee; Stephen Broughton, M.D., In his Official Capacity as Trustee; Kelly Eichler, In her Official Capacity as Trustee; Morril Harriman, In his Official Capacity as Trustee; Mark Waldrip, In his Official Capacity as Trustee; John Goodson, In his Official Capacity as Trustee

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: November 19, 2020
Filed: November 24, 2020
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Phillip Palade, Gregory Borse, and J. Thomas Sullivan appeal the district court's[1] without-prejudice dismissal of their action under, inter alia, 42 U.S.C. § 1983. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Zink v. Lombardi</u>, 783 F.3d 1089, 1098 (8th Cir. 2015) (en banc) (per curiam) (standard of review). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

———————————————————

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.